TRINA A. HIGGINS, United States Attorney (#7349)
RUTH HACKFORD-PEER, Assistant United States Attorney (#15409)
MELINA SHIRALDI, Assistant United States Attorney (#13110)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:  (801)524-5682

_____

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WADE et al, <br><br> Defendant. | **JOINT REPORT** <br><br><br> Case No. 4:23-cr-00077 <br><br> Judge David O. Nuffer |

On March 1, 2024, a Notice from the Court was entered on the docket.[1] The Court indicated its intention to grant the United States' Motion to Continue[2] but asked the parties to meet, confer, and jointly file a report proposing agreed upon dates for the continued trial and extended deadlines for expert motions and hearings. The Court asked the parties to document their dispute including a detailed basis for any asserted unavailability. Finally, the Court has asked for a number of anticipated days for the trial,

---

[1] Docket no. 94, Notice from the Court re [89] Motion to Continue Jury Trial.
[2] Docket no. 89, filed February 26, 2024.

the location of the alleged crimes; and the names and locations of witnesses, parties, and counsel.

**Trial Date and basis for unavailability:**

The Court indicated that it was available for trial on August 12, 2024; September 9, 2024; and September 16, 2024.

Notwithstanding issues related to expert testing and analysis, the United States will be prepared to take this case to trial as early as August 12, 2024, or the United States will accommodate any trial setting after August 12, 2024.

However, defense counsel are not available on the Court's proposed trial dates of August 12, September 9, or September 16, 2024. For the following reasons, defense counsel have indicated their earliest joint availability for trial is February 3, 2025.[3] The United States has no conflicts with a February 3, 2025 trial date.

**Counsel for Vint Wade**: Counsel has an international trip planned in August, which was intentionally scheduled after the July trial date was set. Additionally, counsel has a trial September 23-27, 2024.

**Counsel for Donna Wade**: Counsel will be returning from an international trip to Germany on August 8, 2024, and is therefore unavailable to begin trial on August 12, 2024. Counsel moved this trip to accommodate the July 8, 2024 trial previously agreed to by the parties.

---

[3] Counsel for Jordan Willing, while available for a trial on February 3, 2025, has indicated they plan to file a motion to reconsider and sever on behalf of Jordan Willing.

**Counsel for Steven Willing**: Counsel for Steven Willing has out-of-state family commitments in August and trial preparation for a trial starting the first week of September. Counsel currently has trials scheduled for the first two weeks of September, three weeks of October, and the whole month of November.

**Counsel for Jordan Willing**: Counsel for Jordan Willing has a 2 1/2 month trial starting October 1st as detailed in Jordan Willing's separate Motion for Reconsideration and Severance. That trial will require extensive preparation in August and September, including travel to China to meet with witnesses.

**Number of Anticipated Days for Trial:**

At this time, the United States anticipates 13 trial days for its case in chief. Defense counsel anticipate around a week for the defendants' cases. Therefore, the parties seek a 4-week trial setting.

**Expert Disclosures:**

The United States requests that the parties submit simultaneous expert disclosures and that they be due for all parties on June 15, 2024, at the earliest. The United States requests that the *Daubert* motion deadline be set 30 days after expert reports are disclosed.

Defense counsel request that the United States submit expert disclosures by June 1, 2024, if the Defendants are tried collectively, and seeks a deadline for defense expert disclosures at least 30 days after the United States' deadline so that Defendants' experts may respond to the government's expert disclosures.

**Location of the Crimes:**

The Grand Jury returned a 13-count indictment in this case, including a conspiracy count. These alleged crimes occurred in Utah, Arizona, Oregon, California, and China. The alleged theft of government resources occurred on BLM-managed areas around Moab, Utah. But the alleged sale, purchase, and transportation of paleontological resources occurred in numerous locations to include: Moab, Utah; Ashland, Oregon; Quartsite, Arizona; Los Angeles, California; and Xiamen, China. The alleged mislabeling and false exporting offenses largely occurred in Ashland, Oregon and Moab, Utah.

**Names and locations of witnesses, parties, and counsel**

| Name of Party/Counsel | Location |
|---|---|
| Jordan Willing | Ashland, Oregon |
| Steven Willing | Los Angeles, California |
| Vint Wade | Moab, Utah |
| Donna Wade | Moab, Utah |
| Rachel Cannon, counsel for Jordan Willing | Chicago, Illinois |
| Jeremy Delicino, counsel for Jordan Willing | Salt Lake City, Utah and San Diego California |
| Aaron Clark, counsel for Steven Willing | Salt Lake City, Utah |
| Trinity Jordan, counsel for Steven Willing | Salt Lake City, Utah |
| Tara Isaacson, counsel for Vint Wade | Sandy, Utah |
| Kyler Ovard, counsel for Vint Wade | Henefer, Utah |
| Greg Ferbrache, counsel for Donna Wade | Salt Lake City, Utah |
| Trina Higgins, U.S. Attorney and counsel for the United States | Salt Lake City, Utah |
| Ruth Hackford-Peer, counsel for the United States | Salt Lake City, Utah |
| Melina Shiraldi, counsel for the United States | Salt Lake City, Utah |

The United States' witness list is subject to change and not including an individual

in this report shall not be considered a waiver from having that individual testify at trial.

| Name of Witness | Location of Witness |
|---|---|
| RM[4] | Moab, Utah |
| BT | LaSal, Utah |
| FH | Pennsylvania |
| SJ | Quartsite, Arizona |
| Daughter of ES | Salt Lake City, Utah |
| KK | LaSal, Utah |
| ST | LaSal, Utah |
| LJ or TJ | Tucson, Arizona |
| OL | Tucson, Arizona |
| ED | Salt Lake City, Utah |
| KK or LK | St. Paul, Minnesota |
| DA | Montana |
| DB | Quartsite, Arizona |
| SB | Moab, Utah |
| Noelle Toomajian | Ashland, Oregon |
| Shalena Green | Ashland, Oregon |
| Shelly Taylor (COR Parris RV) | Salt Lake City, Utah |
| Heidi Madill (COR Larry H. Miller) | Salt Lake City, Utah |
| COR for American General Life Insurance Employee | Amarillo, Texas |
| Richard Wolf (COR JM Rodgers) | California |
| Kevin Mwangi (COR Zions Bank) | Salt Lake City, Utah |
| Ashley Milano (COR Mountain America Credit Union) | Salt Lake City, Utah |
| Jason Bulkley (BLM) | St. George, Utah |
| Peter Maggio (BLM) | Reno, Nevada |
| Robert Hunt (evidence custodian) | Cedar City, Utah |
| Jesus Varela (RMIN) | Phoenix, Arizona |
| Cody Marsh (evidence custodian) | Moab, Utah |
| Gabe Clark (BLM) | Monticello, Utah |
| Reid Yamashiroya (CBP) | Long Beach, California |
| Angella Mennitt (FBI Forensic Accountant) | Salt Lake City, Utah |
| Caven Clark (BLM Contractor) | Arkansas |
| Jeremy Nielsen (FBI) | Salt Lake City, Utah |

---

[4] The United States identifies paleontological collectors by their initials.

| Steven Tom (CBP) | San Francisco, California |
|---|---|
| Peter Brand (HSI) | Tucson, Arizona |
| Rebekah Hunt Foster | Vernal, Utah |
| Alan Titus | Kanab, Utah |
| Robin Hansen | Salt Lake City, Utah |
| Phil Gensler | Santa Fe, New Mexico |
| * P. David Polly | Bloomington, Indiana |
| *Celina A. Suarez | Fayetteville, Arkansas |
| *Mass Spectrometry Lab Examiner | Arkansas |
| *Randall B. Irmis | Salt Lake City, Utah |

* Anticipated experts who are not under contract with the United States yet.

**Location of Trial:**

Defense counsel has asked for the trial to be held in St. George, Utah, and will file a separate pre-trial motion in support of their request.

The United States believes a Salt Lake City, Utah trial will be more convenient given the number of parties and witnesses who will be coming from out of state, the proximity to a major airport, and courtroom space.

DATED this 8th of March, 2024.

/s/Ruth Hackford-Peer*
RUTH HACKFORD-PEER
Assistant United States Attorney

*The parties met and conferred per the Court's instruction. This joint report incorporates the feedback from all parties.