TRINA A. HIGGINS, United States Attorney (7349)
RUTH HACKFORD-PEER, Assistant United States Attorney (15049)
MELINA SHIRALDI, Assistant United States Attorney (13110)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
(801) 524-5682
melina.shiraldi@usdoj.gov

---

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>VINT WADE, DONNA WADE, and<br>STEVEN WILLING,<br><br>                    Defendants. | SECOND AMENDED NOTICE OF THE UNITED STATES' INTENT TO RELY ON THE EXPERT TESTIMONY OF CELINA A. SUAREZ<br><br>Case No. 4:23-cr-00077-DN-DAO<br><br>District Judge David Nuffer<br>Magistrate Judge Daphne A. Oberg |

Pursuant to FED. R. CRIM. 16(a)(1)(G), the United States provides the following

disclosure concerning expert testimony that it may offer at trial pursuant to FED. R. EVID. 702,

703, and 705.

The United States filed a Motion to Extend Expert Disclosures for Dr. Suarez.[1] The Court

had not ruled on that Motion before the expert disclosure deadline. Out of an abundance of

caution the United States filed a Notice of the United States' Intent to Rely on Expert Testimony

---

[1] Docket no. 125, filed June 7, 2024.

of Dr. Suarez.[2] The extension[3] was granted and the United States submitted an amended notice

and report.[4] This second amended notice is made to fix some typographical errors in the report.

## QUALIFICATIONS

Dr. Suarez received her B.S. degree in Geosciences from Trinity University and

performed her undergraduate thesis research in Rare Element Geochemistry of the Cleveland

Lloyd Dinosaur Quarry, which is within Jurassic National Monument in Emery County, Utah.

She received her M.S. in Geology from Temple University and her thesis title was "Rare Earth

Element Geochemistry and Taphonomy of the Crystal Geyser Dinosaur Quarry, East-central,

Utah." Dr. Suarez received her Ph.D. degree in Geology from the University of Kansas and her

dissertation title was "Geochemical Approaches to the Life and death of Dinosaurs from the

Early Cretaceous Cedar Mountain Formation, Utah."

In 2012, Dr. Suarez began at the University of Arkansas in the Department of

Geosciences as an Assistant Professor and was promoted to Associate Professor in 2018. A more

detailed list of her training, education, and professional experience are reflected in an

abbreviated curriculum vitae (CV) attached as Ex. A. Dr. Suarez's CV was already produced in

discovery, BG-CS-01-00001.

Dr. Suarez has not testified as an expert at trial or deposition. Additionally, Dr. Suarez's

publications over the past ten years are included in her CV. Ex. A.

---

[2] Docket no. 137, filed June 15, 2024.

[3] Docket no. 138, filed June 17, 2024.

[4] Docket no. 167, filed July 15, 2024.

## SUMMARY OF TESTIMONY

Dr. Suarez prepared paleontological samples for trace element analysis of these samples and provided those samples to the Trace Element and Radiogenic Isotope Laboratory (TRAIL) at the University of Arkansas for analysis on an inductively coupled plasma mass spectrometer (ICPMS). She will explain trace element analysis, the process, results, and how she used the relative proportions of rare earth element concentrations to opine about the likelihood that certain paleontological samples came from federal land. This will include sample selection, preparation, analysis, and data correction.

Dr. Suarez will testify that she analyzed rare earth element (REE) data from five known sites or locations. She then compared the known sample data with two categories of data (1) seized samples that Dr. Polly identified as best matches based on XRF analysis, and (2) data from cooperator identified bones. Dr. Suarez will opine that based on her REE comparative analysis she believes the seized bones match well to control samples from Blue Hills, Burpee Quarry, and the Burpee area. It will be her expert opinion that the seized paleontological samples are likely from the Blue Hills area, Burpee Quarry, and Burpee area, based on the similarity in the REE pattern. Dr. Suarez will opine that she believes several seized specimens assessed by paleontologist ReBecca Hunt-Foster originated from the Cleveland-Lloyd Dinosaur Quarry and other sites around the Blue Hills area, Bentonite Hills in the Burpee Quarry area, and Burpee Quarry.

A more complete statement of Dr. Suarez's expert opinions and the bases for those opinions are included in her report, attached as Ex. B.

The United States reserves the right to offer additional testimony by this expert, or other expert witnesses, and for the expert to amend or adjust her opinions and bases therefor, based on information perceived by or made known to the expert before or during trial.

Pursuant to FED. R. CRIM. P.16(a)(1)(G)(v), Dr. Suarez has reviewed this summary and filing, approved the filing, and allowed the filing to be electronically signed.

DATED this 15th day of August, 2024.

*/s/ Celina A. Suarez*
CELINA A. SUAREZ
Associate Professor
University of Arkansas


TRINA A. HIGGINS
United States Attorney

*/s/ Melina Shiraldi*
MELINA SHIRALDI
Assistant United States Attorney