# EXHIBIT B

**Expert Witness Report**

**Dr. Celina A. Suarez**

**University of Arkansas**

**Table of Contents**

Personnel ……………………………………………………………… 2

Introduction and Background………………………………………… 2

Trace Element Analysis ……………………………………………… 3

       Sample selection

       Sample cleaning

       Sample Preparation

       Sample dissolution and dilution

       Instrument Settings

       Sample correction and normalization

Results…………………………………………………………………… 5

Disclosure of Findings………………………………………………... 14

Reference…………………………………………………………………14

**Personnel (Alphabetical)**

**University of Arkansas**

Lindsay Conaway – University of Arkansas Stable Isotope Laboratory technician. Ms. Conaway supervised and assisted in sample preparation.

Erik Pollock – University of Arkansas Stable Isotope Laboratory and Trace Element and Radiogenic Isotope Laboratory director. Mr. Pollock supervised sample preparation.

Dr. Barry Shaulis – University of Arkansas Trace Element and Radiogenic Isotope Laboratory. Dr. Shaulis is the head technician for the Thermo iCap inductively coupled plasma mass spectrometer (ICPMS) and its associated peripherals.

Dr. Celina Suarez - University of Arkansas associate professor. Dr. Suarez selected samples for analysis in the lab, assisted with sample preparation, normalized data and plotted data.

**Introduction**

Rare earth elements (REE) are a class of trace elements analyzed via inductively coupled plasma mass spectrometry. Major and trace element analysis of fossil bone have been used for a number of different applications, mostly academic. These academic applications include an understanding of time-averaging of fossil bone, understanding the depositional environment that the bones were fossilized in and "fingerprinting" samples to relocate them to the correct bone-bed site. Although the applications in the past have been for academic purposes, the premise behind the technique allows the geochemical make-up of fossil bone to be used for forensic purposes.

***Bone fossilization:*** Bones acquire most of their non-biogenic elemental compositions during the fossilization process. The concentrations and proportions of elements found within bone are based on the 1) the source rock of those elements; 2) the geochemical environment the bone is fossilized in (i.e. a swamp, a beach, a river, the ocean, etc.) as these environments have different geochemical characteristics (pH, redox) that influence the elements available for uptake; 3) the type of bone tissues analyzed (cortical bone versus spongy bone), and the affinity of each element for the bone mineral.

Bone is composed of the mineral apatite ($Ca_5(PO_4,CO_3)_3,(OH,F,CO_3)$) woven within an organic matrix. That organic matrix is primarily composed of the protein collagen. The apatite crystals within bone are very small hexagonal crystals with dimensions of ~100 nm x ~50 nm x ~3 nm. After death and burial, the organic matter decays away leaving the small apatite crystallites exposed to fossilizing fluids (i.e. groundwater or ocean water). Non-biogenic elements are incorporated into the bone in two main ways, either as secondary minerals that form within the pore spaces of bone

2

(e.g. the mineral calcite $CaCO_3$) or incorporated within the apatite crystals themselves as substitutions for the elements that make up apatite (Ca, P, O, and C) (e.g. the rare earth elements). Occasionally, bone mineral is completely replaced with a new mineral such as agate (a form of $SiO_2$). Even if bone mineral is completely replaced with a new mineral, it is still considered a fossil, because it is a remnant or trace of a living organism. Fossils are defined as the chemical, physical remains or traces/tracks of a prehistoric organism.

Since individual bone beds are preserved in different depositional environments at different times, they typically have a unique suite of elements found within them. In the case of REEs, the uptake of REEs into bone is relatively rapid, within the first few thousand years after deposition, and sometimes sooner. The REE concentration is indicative of the depositional environment in which the bone was preserved in and the source rock from which the elements are weathered.

***Rare Earth Elements:*** REEs are the elements Lanthanum (La) to Lutetium (Lu). Yttrium (Y), Uranium (U), and Thorium (Th) are often also analyzed with this suite of elements. The REEs and Y are known as the Lanthanide elements and U and Th are known as the Actinide elements. Both of these groups of elements are known to have a high affinity to apatite, that is apatite readily takes up these elements. It is this affinity that prompts many nuclear facilities and landfills to line their deposits in crushed fish bone. The sorption of these elements keeps them from being mobilized into the groundwater. The REEs are grouped into three groups: the light, middle, and heavy REEs, based on their atomic number. The light REEs include the elements La, Ce, Pr, Nd, and Sm; the middle REEs include Eu, Gd, Tb, and Dy; and the heavy REEs include the elements Ho, Er, Tm, Yb, and Lu. The relative proportion of the light (LREE), middle (MREE), and heavy (HREE) elements within the fossilizing fluid is based on the geochemical characteristics of the fluids (i.e. pH and redox) and the elemental proportions that are imparted into the bone. LREEs are typical of bones fossilized in acidic fluids or fluids rich in colloids. MREE enriched patterns typically are preserved in reducing environments. HREE patterns are typical of bones fossilized within alkaline (high pH or non-acidic) environments such as lakes or open marine environments. As fossilizing fluids diffuse into the bone, the REEs fractionate with the LREEs absorbing into the bone and leaving the remaining fluids enriched in the HREE.

The relative proportion of light, middle and heavy REEs are expressed on a "spider" diagram in which the y axis is the concentration of REE normalized to a standard and the x-axis are the REEs organized from lightest atomic weight (light REEs) to heaviest atomic weight (HREE).

**Trace Element Analysis**

### Sample Selection in the Lab

After samples were analyzed in the field via XRF analysis, pieces of sample were selected to be sent to Dr. Celina Suarez at the University of Arkansas for trace element

3

analysis on an inductively coupled plasma mass spectrometer. Those samples are identified in Attachment 1 of this report. Of the entire sample sent, ~1g of sample was selected and broken off the original piece or pieces of bone. Cortical bone was preferred over spongy or remodeled bone to acquire the highest REE content and REEs that were primary to bone apatite. During this selection process, any matrix or glue was removed from the sample via mechanical separation (scalpel and probes) or via a brush with deionized water. All cleaning implements were cleaned between samples with a rinse in 1M hydrochloric acid (HCl) when necessary (if extensive secondary calcite is present), DI water, and ethyl alcohol.

### Sample preparation

Standard operating procedures can be found in Attachment 2 of this report, but are briefly described here. After ~1g pieces were selected, samples were crushed to a fine powder by hand using mortar and pestle or drilled using a diamond-tipped burr. The mortar and pestle and drill were cleaned between samples with 1M HCl, rinsed, and dried. Powders were stored in sterile whirlpack plastic bags or ~0.1 mg of the powder was placed directly into the 50mL centrifuge vials.

Samples were then digested using 1.4mL trace grade, concentrated nitric acid ($HNO_3$) and left to digest for ~2-4 hours or overnight. Samples were then diluted to 2% by filling the vial to ~50mL of DI water. Control samples of NIST 120c as well as procedural blanks were included in each batch of samples analyzed to monitor accuracy and precision.

### Samples analysis

Samples were analyzed on an iCAP Thermo inductively coupled plasma mass spectrometer (ICPMS) housed at the Trace Element and Radiogenic Isotope Lab at the University of Arkansas. Elements analyzed include the following:

Prior to each analytical session, the ICP-MS was calibrated by using a multi-element standard solution (68a, High Purity Solutions). The calibration curve measurements were made using a series of seven dilutions with concentrations ranging from 1 ppb to 1000 ppb. The elements measured were: Li, Be, B, Na, Mg, Al, K, Sc, V, Cr, Mn, Fe, Co, Ni, Cu, Zn, Ga, As, Se, Rb, Sr, Y, Cd, Id, Cs, Ba, La, Ce, Pr, Nd, Sm, Eu, Gd, Tb, Dy, Ho, Er, Tm, Yb, Lu, Re, Tl, Pb, Bi, Th, and U. Standards and samples were analyzed in KED mode utilizing the He collision cell gas to minimize any polyatomic interferences. The measured count rates were converted to parts per billion (ppb) based on the determined calibration curve for each analytical run by the ICP software QTEGRA v.2.10.3324.109 (Thermo Scientific).

### Sample correction

Results in ppb were then converted by Dr. Suarez to ppm in solution and then ppm in the original powder digested. The REEs were then normalized to the North American Shale Composite (Gromet et al., 1984) and plotted as spider diagrams

(atomic number versus normalized concentration). Normalized La/Sm and La/Yb values and Ce anomaly (Ce*) were also calculated and plotted.

**Thesis Samples**

REE analysis was supplemented by using samples analyzed as part of Dr. Suarez's undergraduate thesis (Suarez, 2003) because bones identified as possibly being from Cleveland Lloyd Dinosaur Quarry (CLDQ) and surrounding area were identified by expert witness ReBecca Hunt-Foster. This thesis focused on taphonomy of the *Stegosaurs* from CLDQ and utilized REE geochemistry as part of the research methods. Samples from CLDQ were prepared using the same methods utilized for samples analyzed at the University of Arkansas, however, were analyzed at XRAL laboratories in Ontario, Canada using ICP-MS analysis. These samples are identified in Attachment 3 of this report.

**Results**

Dr. P. David Polly performed a bulk XRF analysis of samples. Based on his analysis, Dr. Polly provided Dr. Suarez with seized sample numbers that were good matches to the following locations: Blue Hills, Black Ridge, Deer Neck Mesa, Burpee Quarry and Burpee Area. Next, REE data was analyzed from control samples from these locations to Dr. Polly's good match seized samples (seized samples), as well as cooperator identified bones from these locations. Dr. Suarez also compared bones identified by Ms. ReBecca Hunt-Foster as being from Cleveland Lloyd Dinosaur Quarry, Blue Hills, Burpee Quarry area (including Bentonite Hills) based on physical characteristics of the bone that includes color and the type of attached sediment (matrix). Below are the results of this analysis.


(rest of page left intentionally blank)


5

**Blue Hills**: Controls for the Blue Hills area (which also includes Ten Mile Wash, the "Enduro" site, and the "3D" site). Control REE patterns (Figure 1) include a light rare earth element-enriched (LREE-enriched) pattern for Gr1286, a heavy rare earth element-enriched (HREE-enriched) pattern for samples PAG-427023-1 and PAG-427023-2 (both from the Enduro site), and CM-BH2-42523 and a LREE-depleted pattern exists for sample RKHF-3D1-42523 from the 3D site within Blue Hills. Five seized samples match the HREE-enriched pattern of control samples PAG-4272023-1-1, PAG-4272023-2-1, and CM-BH2-42523. This includes samples tc-c1-bx1-s2, Z-BX9-s2, z-bbl 1-s1, C1-Bk19-s3 (cooperator identified), and tc-bg6-s2. Two seized samples match the LREE-enriched pattern, this includes tc-bg3-s2 and c1-b67-s3. One seized sample, C1-BX2-1, matched the LREE-depleted control sample (RKHF-3D1-42523).



Figure 1. REE patterns from Blue Hills area. Control samples are represented by an "X," cooperator-identified bones are represented by open circles, and seized samples identified by XRF analysis are represented by closed circles

**Black Ridge**: Cooperator-identified and seized samples were compared to controls from Black Ridge (Figure 2). Controls REE patterns are MREE-enriched to HREE-enriched. Of the sixteen cooperator-identified bones analyzed two match the control samples. This includes sample C1-B89-S10 which matches the MREE-enriched control samples (e.g. BR-23-2R1-S1). Sample C1-B89-S4, although lower in overall concentration, matches MREE/HREE-enriched control samples BR-ALT-R1 and BR-ALT-R2.



Figure 2. Black Ridge control and matching samples. A) Control samples (x's) and a cooperator-identified bone C1-B89-S10 that is MREE-enriched and matches control sample BR-23-2R1-S1. B) Control samples (x's) and matching cooperator identified bone sample C1-B89-S4 matches control sample BR-ALT-R2 and BR-ALT-R1.

**Deer Neck Mesa**: One control sample was analyzed from Deer Neck Mesa (Figure 3). This pattern is flat to LREE-enriched. It was compared to a seized and cooperator-identified bone, sample C2-B34-S2. Sample C2-B34-S2 is HREE-enriched with a significant negative Ce-anomaly. Thus, this bone does not match the control sample and cannot be confirmed from Deer Neck Mesa.



Figure 3. REE patterns from a Deer Neck Mesa. Control samples are represented by an "X" and cooperator-identified bones are represented by open circles

8

**Burpee Quarry and Burpee Area**: Three control samples, R1, R2, and R3. Samples R1 and R3 are flat to LREE-enriched and sample R2 is MREE-depleted/HREE-enriched with a positive-Eu anomaly (Figure 4). Seized samples were compared to these three control samples. Eleven of these bones match well with the MREE-depleted/ HREE-enriched pattern of the control sample. Ten seized samples match the LREE-enriched/flat pattern of control samples R1 and R3.



Figure 4. REE patterns from Burpee Quarry. Control samples are represented by an "X" and seized samples identified by XRF analysis are represented by closed circles. Top graph shows the control REE patterns middle and bottom graphs show these same patterns (thicker line) compared to XRF identified seized samples.

These same control samples were compared to bones identified from the Burpee area (not the quarry proper). Three seized samples match well to the LREE-enriched/flat REE pattern (Figure 5). This includes C2-B34-S1, th-rf-f2b-s1, and C1-b40-s1. Two seized samples match the MREE-depleted/HREE-enriched pattern. This includes sample c1-Bk71-s1 and tc-bg13-s1.



Figure 5. REE patterns from Burpee Area. Control samples are from Burpee Quarry and are represented by an "X," seized samples identified by XRF analysis are represented by closed circles and cooperator identified bones are represented by open circles.

**Physically Identified Bones:** Ms. ReBecca Hunt-Foster of the National Park Service at Dinosaur National Monument visually inspected sets of bones seized from the Wades' residence and the Long Beach Shipment. Based on the physical nature of the bones and attached matrix, she will opine on the consistency between the seized bones and specific locations. REE patterns for seized bones that were analyzed were compared to locations suggested by Ms. Hunt-Foster.

***Cleveland-Lloyd Dinosaur Quarry and Blue Hills, Grand County***: Ms. Hunt-Foster opined that samples: Specimen 30 and Specimen 41 (seized from the Long Beach Shipment) and samples C1-Bx2-S1, C1-B60-S1, and C1-B67-S3 (seized from the Wades' residence) have similar physical characteristics to bones from either Cleveland-Lloyd Dinosaur Quarry or Blue Hills, Grand County. These samples were compared to

control samples from Blue Hills as well as bones analyzed by Dr. Suarez as part of her undergraduate thesis (Suarez, 2003). *See* Attachment 3. The LREE-enriched pattern found from Blue Hills is similar to the LREE-enriched pattern found from Cleveland-Lloyd Dinosaur Quarry (CLDQ). This similarity is likely a function a similar depositional environment (fluvial-overbank setting) between the two sites within the Morrison Formation. Seized bone sample C1-B67-S3 from the Wades' residence matches both control samples from Blue Hills and LREE-enriched patterns from CLDQ, suggesting it was fossilized in similar geochemical and depositional environment. A subset of bones from CLDQ that were found within the overlying lacustrine limestone unit to the quarry are HREE-enriched and are similar to the HREE-enriched pattern from the Blue Hills control samples. The HREE-enriched pattern from CLDQ is characteristic of preservation within an alkaline lake environment and the hosting rock (limestone) is supportive of this. Blue Hills control samples that are HREE-enriched also likely are preserved within an alkaline lake environment within the Morrison Formation. Seized sample C1-BX2-S1, although much lower in overall REE content, seized from the Wades' residence and Specimen 41 seized from the Long Beach Shipment match this HREE-enriched pattern and suggest that those two samples were also preserved within an alkaline lake environment and likely from either CLDQ or Blue Hills. Thus, REE patterns confirm the physical identification of three of the four seized bones from Blue Hills and/or CLDQ by Ms. Hunt-Foster (Figure 6).



Figure 6. Seized bones identified by Ms. Hunt-Foster as being from either Cleveland Lloyd Dinosaur Quarry (CLDQ) or the Blue Hills location. A subset of samples is LREE-enriched and are similar to CLDQ and Blue Hills. A subset of samples is HREE-enriched similar to bones from CLDQ or Blue Hills.

**Bentonite Hills**: Ms. Hunt-Foster identified samples C1-B73-S3, C1-B41-S1A, C1-B71-S1, C1-B67-S1, C1-B44-S7, C1-B59-S2, C1-B53-S3, and C1-B21-S1 seized from the Wades' residence show physical characteristics to Bentonite Hills near Hanksville, UT. Since this area is close to the Burpee Quarry area, northwest of Hanksville, UT, Dr. Suarez compared them to control samples R1, R2, and R3 from Burpee Quarry. Samples C1-B44-S7, C1-B41-S1A, C1-B67-S1, match the MREE-depleted/HREE-enriched REE pattern of control sample R2 from Burpee Quarry. Samples C1-B21-S1

and C1-B53-S3 match control samples R1 and R3 from Burpee Quarry. Thus, REE patterns confirm the physical identification of bones from Burpee Quarry (Figure 7).



Figure 7. Seized bones identified by Ms. Hunt-Foster as being from Bentonite Hills of the Burpee Quarry area compared to control samples from Burpee Quarry. Seized bones closely match R2 and R3.

***Burpee Quarry***: Ms. Hunt-Foster identified samples C1-B32-S1, C1-B67-S4, C1-B50-S7, C1-B72-S1, C1-B40-S1, C1-B51-S3, C1-B40-S3, C1-B72-S2, C1-B41-S2A, and C2-Bx2-S10 seized from the Wades' residence as being from the Hanksville-Burpee Quarry. The REE pattern of these samples were compared to the three control samples R1 to R3 from Burpee Quarry. Of these seized samples, C2-Bx2-S10, C1-B50-S7, and C1-B41-S2A are HREE-enriched and match control sample R2. Samples C1-B40-S1 and C1-B72-S1 match the LREE-enriched pattern of controls R3 (Figure 8).

13



Figure 8. Seized bones identified by Ms. Hunt-Foster as being from Burpee Quarry compared to control samples from Burpee Quarry. Two seized bones closely match the LRE-enriched pattern of R3 and three seized bones closely match the HREE-enriched pattern of R2.

## Disclosure of Findings:

Based on REE concentration patterns, seized samples and the cooperator identified bones match well to control samples from Black Ridge, Blue Hills area, Burpee Quarry proper, and Burpee Area. The similarity in REE pattern suggests that they were fossilized in the same chemical environment as the control samples for each site respectively. This would suggest that these seized and cooperator-identified bones that match these control samples are likely from the Black Ridge, Blue Hills area, Burpee Quarry, and the Burpee Area respectively. Bones identified as being from the Bentonite Hills of the Burpee Quarry area, Burpee Quarry proper, Cleveland Lloyd Dinosaur Quarry and Blue Hills by Ms. Hunt-Foster based on physical characteristics of the bone and its surrounding sediment, also have REE patterns that match these sites and are consistent with her findings. In total five of the cooperator-identified bones match with the controls from the cooperator-identified localities and 36 seized bones match control samples analyzed from target sites.

## References

Gromet, L.P., Haskin, L.A., Korotev, R.L., and Dymek, R.F., 1984, The "North American shale composite": its compilation, major and trace element characteristics: Geochimica et Cosmochimica Acta, v. 48, p. 2469–2482.

Suarez, C.A., 2003, Taphonomy and Rare Earth Element Geochemistry of the Stegosaurus sp. at the Cleveland Lloyd Dinosaur Quarry, Emery County, Utah: Trinity University, 41 p.

# Attachment 1

Table 1

| sample | type | location |
|---|---|---|
| CM-BH2-42523 | control | Blue Hills |
| Gr1286 | control | Blue Hills |
| c1-b60-s1 | seized | Blue Hills |
| tc-bg3-s2 | seized | Blue Hills |
| Z-BX9-s2 | seized | Blue Hills |
| z-bbl 1-s1 | seized | Blue Hills |
| C1-B9-S3 | cooperator | Blue Hills |
| PAG 4272023-1-1 | control | Blue Hills |
| PAG 4272023-2-1 | control | Blue Hills |
| RKHF-3D1-42523 | control | Blue Hills |
| C1-BX2-1 | cooperator | Blue Hills |
| tc-c1-bx1-s2 | seized | Blue Hills |
| c1-b67-s3 | seized | Blue Hills |
| qt-b37-s1 | seized | Blue Hills |
| C1-B9-S3 | cooperator | Blue Hills |
| BR-ALT-R2 | control | Black Ridge |
| BR-ALT-R1 | control | Black Ridge |
| C2-BX3-s10 | cooperator | Black Ridge |
| C2-BX3-s8 | cooperator | Black Ridge |
| C1-BX2-S1 | seized | Black Ridge |
| C2-BX3-s9 | cooperator | Black Ridge |
| C1-B89-S1 | cooperator | Black Ridge |
| C1-B89-s5 | cooperator | Black Ridge |
| DN-ALT-r1 | control | Deer Neck Mesa |
| C2-B34-S2_R | cooperator | Deer Neck Mesa |
| ALT-R2 | control | Burpee Quarry |
| ALT-R3 | control | Burpee Quarry |
| ALT-R1 | control | Burpee Quarry |
| c1-b53-s3 | seized | Burpee Quarry |
| c1-b50-s7 | seized | Burpee Quarry |
| c1-b41a-s1 2 | seized | Burpee Quarry |
| c1-b73-s3 | seized | Burpee Quarry |
| c1-b59-s2 | seized | Burpee Quarry |
| c1-b67-s1 | seized | Burpee Quarry |
| c1-b88-s1 | seized | Burpee Quarry |
| c1-b72-s1 | seized | Burpee Quarry |
| Q-A4-s3 | seized | Burpee Quarry |
| c1-b21-s1 | seized | Burpee Quarry |
| z-bbl 1-s3 | seized | Burpee Quarry |
| Z-B7-s5 | seized | Burpee Quarry |
| th-rf-f2a-s4 | seized | Burpee Quarry |
| Z-B5-s1 | seized | Burpee Quarry |
| tc-bg13-s1 | seized | Burpee Area |
| c2-b34-S1 | cooperator | Burpee Area |
| c1-b53-s3 | Hunt-Foster ID | Bentonite Hills (BQ) |
| c1-b40-s1 | Hunt-Foster ID | Burpee Quarry |

Table 1 (continued)

| sample | type | location |
|---|---|---|
| Z-B7-s2 | seized | Burpee Quarry |
| c1-b32-s1 | seized | Burpee Quarry |
| c1-b83-s2 | seized | Burpee Quarry |
| Q-B22-s2 | seized | Burpee Quarry |
| Z-BG1-s2 | seized | Burpee Quarry |
| c1-b44-s7 | seized | Burpee Quarry |
| c1-b40-s3 | seized | Burpee Quarry |
| Z-BX9-s3 | seized | Burpee Quarry |
| Z-BG1-s3 | seized | Burpee Quarry |
| tc-c2-bx3-s2 | seized | Burpee Quarry |
| TC-BG2-s1 | seized | Burpee Quarry |
| tc-c3-bx4-s2 | seized | Burpee Quarry |
| th-sj1-s1 | seized | Burpee Quarry |
| z-b4-s3 | seized | Burpee Quarry |
| Q-A13-s2 | seized | Burpee Quarry |
| c1-b84-s1 | seized | Burpee Quarry |
| Q-A12-s7 | seized | Burpee Quarry |
| c1-b72-s2 | seized | Burpee Quarry |
| c1-b53-s3 | seized | Burpee Area |
| c1-b88-s1 | seized | Burpee Area |
| c1-b72-s1 | seized | Burpee Area |
| Q-A4-s3 | seized | Burpee Area |
| c1-b21-s1 | seized | Burpee Area |
| z-bbl 1-s3 | seized | Burpee Area |
| Q-A13-s2 | seized | Burpee Area |
| c1-b84-s1 | seized | Burpee Area |
| Q-A12-s7 | seized | Burpee Area |
| c1-b73-s3 | seized | Burpee Area |
| c1-b59-s2 | seized | Burpee Area |
| Z-B7-s2 | seized | Burpee Area |
| c1-b32-s1 | seized | Burpee Area |
| c1-b83-s2 | seized | Burpee Area |
| Z-BG1-s2 | seized | Burpee Area |
| Z-BG1-s3 | seized | Burpee Area |
| tc-c3-bx4-s2 | seized | Burpee Area |
| th-sj1-s1 | seized | Burpee Area |
| c1-b72-s2 | seized | Burpee Area |
| C1-Bk19-s3 | cooperator | Blue Hills |
| tc-bg6-s2 | seized | Blue Hills |
| C1-B89-S10 | cooperator | Black Ridge |
| C1-B89-S4 | cooperator | Black Ridge |
| tf-rf-f2b-s1 | seized | Burpee Area |
| C1-bk71-s1 | seized | Burpee Area |
| C1-B48-S1 | Hunt-Foster ID | Bentonite Hills (BQ) |
| C1-B41-S2A | Hunt-Foster ID | Burpee Quarry |
| C2-Bx2-S10 | Hunt-Foster ID | Burpee Quarry |

# Attachment 2

**Standardize Operating Procedures for Sample Preparation of Bone for REE analysis**

1. Sample selection:
    a. Open each bag and pour into weigh boat
    b. Select cortical bone (when possible) up to ~ 1g
    c. Clean bone of exogenous sediment or mineral with scalpel. Use DI water, 1M HCl and brush if necessary. Dry all samples using air hose. Note what cleaning method used
    d. Clean bone of any glue using scalpel and/or acetone to dissolve away glue
    e. Clean all brushes and scalpel with ethyl alcohol between each sample.
    f. Place clean sample into new whirl-pack bag and label
    g. Note the type of bone (cortical, spongy, remodeled), if glue was removed and how, if sediment was removed, how.
2. Sample Crushing
    a. Crush each sample with mortar and pestle (ceramic or corundum)
    b. Weight 50 mL centrifuge tube (labeled with sample name) – record weight
    c. Weigh ~ 100 mg into a 50 mL centrifuge tube (acid cleaned) and record exact weight for each sample + mass of 50 mL vial
    d. Subtract mass of 50 mL vial + empty 50 mL vial to get exact mass of sample and record it.
    e. Add 1.4 mL of trace grade concentrated nitric acid to all samples and allow all sample to dissolve overnight or until total dissolution.
3. Sample dilution (keep notes on dilutions)
    a. Bring solutions up to 50 mL with DI water and record the mass of 50 mL tube + sample + solution and record. This should now be a ~2% nitric solution
    b. Do the math to figure out exact dilution factor (ug of sample/g of solution).
    c. Centrifuge all samples for 5 min at 3999 rpm
    d. Pipet 10 mL into sample vials (acid cleaned) being sure to not suck up any non-soluble material.
    e. Take to ICPMS for analysis

# Attachment 3

Table 2. Samples from Cleveland Lloyd Dinosaur Quarry

| Sample ID | Location |
|---|---|
| CLDQ-01 | quarry stegosaur |
| CLDQ-02 | quarry stegosaur |
| CLDQ-04 | quarry stegosaur |
| CLDQ-12 | North Ridge limestone |
| CLDQ-13 | quarry limestone |
| CLDQ-16 | North Ridge limestone |