TRINA A. HIGGINS, United States Attorney (7349)
RUTH HACKFORD-PEER, Assistant United States Attorney (15049)
MELINA SHIRALDI, Assistant United States Attorney (13110)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
(801) 524-5682

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINT WADE, DONNA WADE, and STEVEN WILLING, & JORDAN WILLING<br><br>Defendants. | **NOTICE OF DISMISSAL OF INDICTMENT WITH PREJUDICE**<br><br>Case No. 4:23-cr-00077-DN-DAO<br><br>District Judge David Nuffer<br>Magistrate Judge Daphne A. Oberg |

Based upon the Orders Granting Leave to Dismiss Indictment, filed by United States District Judge David Nuffer, on August 19, 2024[1] and August 20, 2024[2], the United States hereby dismisses the above-referenced Indictment,[3] against all Defendants with prejudice.

DATED this 21st day of August, 2024.

Respectfully submitted,

TRINA A. HIGGINS
United States Attorney

*/s/ Ruth Hackford-Peer*
RUTH HACKFORD-PEER
Assistant United States Attorney

---

[1] Docket No. 193, filed on August 19, 2024.
[2] Docket No. 195, filed on August 20, 2024.
[3] Docket no. 1, filed September 27, 2023.

1